JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERT OZKAYA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC;<br>FLETCHER JONES MOTORCARS<br>NEWPORT BEACH; and DOES 1 to 50,<br><br>　　　　　　　Défendants. | Case No. 8:25−cv−00081−JWH−DFM<br><br>**ORDER REMANDING CASE TO THE SUPERIOR COURT**<br><br>Complaint Filed:　December 9, 2024<br>Date Removed:　January 16, 2025 |

On February 3, 2025, the Parties to the above-referenced action filed a Stipulation to Remand this Removed Action. The Court having reviewed that stipulation and good cause appearing, hereby **ORDERS** as follows:

    1.    The Parties' stipulation is **APPROVED**.

    2.    Central District of California case number 8:25-cv-00081-JWH-DFM styled MERT OZKAYA v. MERCEDES-BENZ USA, LLC, et al. is **REMANDED** to Orange County Superior Court.

    3.    The February 28, 2025, hearing on Plaintiff's Motion for Remand is **VACATED**.

**IT IS SO ORDERED.**

Dated: February 4, 2025

Hon. John W. Holcomb
UNITED STATES DISTRICT COURT